**SAO**
**RICHARD A. HARRIS, ESQ.**
Nevada Bar No.: 00505
**JOHNATHAN M. LEAVITT, ESQ.**
Nevada Bar No.: 13172
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: JLeavitt@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL WRIGHT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO: 2:21-cv-00992 -JAD-VCF<br><br>**STIPULATION AND ORDER TO REMAND TO STATE DISTRICT COURT**<br><br>ECF No. 6 |

Plaintiff DANIEL WRIGHT, by and through his counsel of record, JOHNATHAN M. LEAVITT, ESQ., of the RICHARD HARRIS LAW FIRM, and Defendant JAMES RIVER INSURANCE COMPANY, by and through its counsel of record, JARED G. CHRISTENSEN, ESQ., of the law firm of BREMER WHYTE BROWN & O'MEARA LLP, hereby agree and stipulate as follows:

The parties agree and stipulate that the above action matter styled *Daniel Wright v. James River Insurance Company*, Case No. 2:21-cv-00992, shall be remanded to the Eighth Judicial District Court.

THAT the above-captioned case shall be reopened in the Eighth Judicial District Court of Clark County, Nevada, Department 32, Case No. A-21-832321-C.

Page 1

THAT upon remand to State Court, Plaintiff shall dismiss his second cause of action for breach of the covenant of good faith and fair dealing, as well as his third cause of action for violation of unfair claims practices act, leaving only his first cause of action for breach of contract.

STIPULATED AND AGREED TO BY:

DATE: 06/28/2021

**RICHARD HARRIS LAW FIRM**

*/s/ Johnathan M. Leavitt*
JOHNATHAN M. LEAVITT, ESQ.
Nevada Bar No. 13172
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATE: 06/28/2021

**BREMER WHYTE BROWN & O'MEARA, LLP**

*/s/ Melissa Ingleby*
MELISSA INGLEBY, ESQ.
Nevada Bar No. 12935
1160 N. Town Center Drive, Ste 250
Las Vegas, Nevada 89144
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation and agreement that, upon remand, plaintiff will dismiss his claims for breach of the covenant of good faith and fair dealing and violation of the Nevada Unfair Claims Practices Act, leaving only his breach-of-contract claim [ECF No. 6],

IT IS HEREBY ORDERED that this action is REMANDED back to Department 32 of the Eighth Judicial District Court for Clark County, Nevada, Case No. A-21-832321-C.

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 12, 2021